No. 90–5456.   SINDRAM *v.* SWEENEY ET AL.   C. A. 4th Cir. Certiorari denied.

No. 90–5462.   TURNER *v.* AT&T COMMUNICATIONS.   C. A. 3d Cir.   Certiorari denied.

No. 90–5463.   SCHRADER *v.* WHITLEY, WARDEN, ET AL. C. A. 5th Cir.   Certiorari denied.

No. 90–5467.   FIELDS *v.* FOWLER ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 90–5469.   MOORE *v.* STEWART TITLE OF CALIFORNIA ET AL.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 90–5475.   JONES *v.* CITY OF HAMTRAMCK ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 90–5478.   RHONES *v.* BORG, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 90–5481.   BROWN *v.* CHAVIS, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 90–5484.   ABDUL-AKBAR *v.* DELAWARE.   Sup. Ct. Del. Certiorari denied.

No. 90–5485.   ALLEN *v.* MONTGOMERY COUNTY JAIL ET AL. C. A. 6th Cir.   Certiorari denied.

No. 90–5487.   WHITE *v.* MCGINNIS.   C. A. 9th Cir.   Certiorari denied.

No. 90–5490.   WILLIAMS *v.* TEXAS.   Ct. App. Tex., 9th Dist. Certiorari denied.

No. 90–5493.   BOUDETTE *v.* ARIZONA.   Ct. App. Ariz.   Certiorari denied.

No. 90–5494.   BROWN *v.* ILLINOIS.   App. Ct. Ill., 2d Dist. Certiorari denied.

No. 90–5495.   CATHERS *v.* ILLINOIS.   App. Ct. Ill., 4th Dist. Certiorari denied.